UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 12-1429 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "H" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment (R. Doc. 14) is **DENIED** and his complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE